UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CR-20713-UNGARO/TORRES

UNITED STATES OF AMERICA,

vs.

MAYRA FLORES,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or about at least April 2010, and continuing until in or about at least June 2012, the defendant, Mayra Flores ("Flores" or the "defendant"), knowingly and willfully conspired and agreed with others to receive kickbacks, in violation of 18 U.S.C. § 371. Medicare is a "health care benefit program" of the United States, as defined in 18 U.S.C. § 24. Furthermore, Medicare is a health care benefit program affecting commerce.

The defendant was a patient recruiter who worked for Flores Home Health Care Inc. ("Flores Home Health"), a Miami home health care agency that purported to provide home health and therapy services to Medicare beneficiaries. The owners of Flores Home Health agreed to and actually did operate Flores Home Health for the purpose of billing the Medicare program for, among other things, expensive physical therapy and home health care services that were not medically necessary and in many instances were not provided.

As part of the scheme with the owners and operators of Flores Home Health, Flores would recruit patients for Flores Home Health, and in doing so would solicit and receive kickbacks and bribes from the owners and operators of Flores Home Health in return for allowing Flores Home Health to bill the Medicare program on behalf of the patients which Flores

1

had recruited, which Flores knew was in violation of federal criminal laws. These Medicare beneficiaries were billed for home health care and therapy services that were medically unnecessary and in many instances were not provided.

Flores also assisted co-conspirators at Flores Home Health in procuring home health and therapy prescriptions, POCs, and medical certifications from co-conspirators in doctors' offices and clinics in return for kickbacks and bribes. The owners and operators of Flores Home Health would use these prescriptions, POCs, and medical certifications to fraudulently bill the Medicare program for home health care services.

As a result of Flores's participation in the illegal scheme perpetrated at Flores Home Health, Flores Home Health was fraudulently paid by the Medicare program more than $200,000, but less than $400,000, for purported home health care services.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 1/7/13

_____
MAYRA FLORES
DEFENDANT

_____
S. PATRICK DRAY, ESQ.
COUNSEL FOR MAYRA FLORES